IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BP CARE, INC.,

    vs.

TOMMY THOMPSON, Secretary of H.H.S., et al,

Case Number: 1:01cv526-SJD

District Judge Susan J. Dlott

NOTICE

The Final Pretrial Conference and Trial previously scheduled for September 19, 2003 and October 20, 2003, respectively are hereby VACATED.

KENNETH J. MURPHY, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633