```
Thu Oct 16 15:34:51 2003
UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.      100 420553
Cashier          ah1

Tender Type   CHECK

Check Number: 2537

Transaction Type   N

DD Code     Div No          Acct
4661          1            086900

Amount
                         $   105.00
GEOFFREY WEBSTER

APPPEAL C-1-01-526
```

```
Thu Oct 16 15:34:51 2003
Check No.  2537
Amount$    105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```