IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BP CARE, INC. | : |
| Plaintiff, | : |
| | : Case No. C-1-01-526 |
| v. | : |
| | : Hon. Susan J. Dlott, |
| TOMMY THOMPSON, *ET AL*. | : District Court Judge |
| Defendants. | : |

## CERTIFICATE OF NO TRANSCRIPT

This matter was disposed of on a Motion to Dismiss. There is no transcript to be ordered.

Respectfully submitted,

*/s/ J. Randall Richards*
Geoffrey E. Webster (0001892)
J. Randall Richards (0061106)
Attorneys at Law
Two Miranova Place, Suite 310
Columbus, Ohio 43215
Telephone:   (614) 461-1156
Facsimile:    (614) 461-7168
Counsel for Plaintiff BP Care, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CERTIFICATION was served via U.S. mail upon Jan Holtzman, Assistant United States Attorney, United States Attorney Office, 221 East Fourth Street, Suite 400, Cincinnati, 45202, and upon James Walsh, Assistant Regional Counsel, U.S. Department of Health and Human Services, 233 N. Michigan Avenue, Suite 700, Chicago, Illinois, 60601, on the 17th day of October, 2003.

*/s/ J. Randall Richards*
J. Randall Richards
Attorney at Law

G:\CLIENTS\REGAL\BPCARE\DHHSLIT\Appeal\TranscriptNoCert.doc

1