# TRANSMISSION FORM

| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| District Court Case No: 1:01cv526 | Court of Appeals Case No: 03-4365 |
| SHORT CAPTION<br>BP CARE, INC. | Case Manager: TERESA BERTKE |
| Plaintiff/Petitioner<br><br>vs.<br><br>TOMMY THOMPSON, et al.,<br><br>Defendant/Respondent<br><br>*provide pro se address IF NOT on the docket sheet | Date Filed:<br><br>**FILED**<br>OCT 22 2003<br>LEONARD GREEN, Clerk |
| District Court Judge: Susan J. Dlott<br>Court Reporter(s): | Anything That Needs Special Attention<br><br>Notice of Appeal (doc.#26) appealing Order (doc.#24) and Judgment (doc.#25) entered on September 26, 2003. |
| From Deputy Clerk: Arthur Hill<br>Date: October 17, 2003 | |
| $105.00 Appeal Filing Fee Paid? YES | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **KENNETH J. MURPHY** _____
United States District Court