UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| BP CARE, INC.<br><br>Plaintiff,<br>v.<br><br>TOMMY THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, and<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. C-1-01-526<br><br>Hon. Susan J. Dlott,<br>District Court Judge |

**DECLARATION OF JAMES WALSH**

I, James Walsh, state and declare as follows:

1. I am an Assistant Regional Counsel for the Office of the General Counsel, U.S. Department of Health and Human Services, Region V.

2. The attached documents are true and correct copies of corporate filings by BP Care, Inc., RCR North, Inc., and Regal Care Residences, Inc., which I printed from the Ohio Secretary of State's "Business Services Queries" database on February 27, 2004.

3. The URL for the Ohio Secretary of State's website is: www.sos.state.oh.us.

4. The web address of the Ohio Secretary of State's "Business Services Queries" is: http://www.sos.state.oh.us/servlet/page?_pageid=56,62&_dad=porthope&_schema=PORTHOPE.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Further more the declarant sayeth naught.

Executed on this first day of March, 2004.

James P. Walsh

Case No.
C-1-01-526
HHS Ex. 2

APPROVED
By PH
Date 7/19/99
Amount $85.00
RECEIVED
JUL 16 1999
SECRETARY OF STATE

**ARTICLES OF INCORPORATION**
**OF**
**BP CARE, INC.**
(Under Chapter 1701.01 et seq.)
**Profit Corporation**

The undersigned, a majority of whom are citizens of the United States, desiring to form a corporation, for profit, under Sections 1701.01, *et seq.* of the Revised Code of Ohio, do hereby certify:

**Article I**

The name of the corporation shall be BP Care, Inc.

**Article II**

The place in Ohio where its principal office is to be located is Hamilton, Butler County, Ohio.

**Article III**

The purpose for which the corporation is formed is to engage in any lawful act or activity for which corporations may be formed under Sections 1701.01 to 1701.98, inclusive of the Ohio Revised Code.

**Article IV**

The number of shares which the corporation is authorized to have outstanding is Eight Hundred Fifty (850) shares, all of which shall be common shares without par value.

**Article V**

The amount of capital with which the corporation will begin business will not be less than Five Hundred Dollars ($500.00).

IN WITNESS WHEREOF, I have hereto subscribed my name this 16th day of July, 1999.

J. Randall Richards
Incorporator



Case No.
C-1-01-526
HHS Ex. 2

**ORIGINAL APPOINTMENT OF STATUTORY AGENT**

The undersigned, being at least a majority of the incorporators of BP Care, Inc., hereby appoint J. Randall Richards, Attorney at Law, to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served.

The complete address of the agent is:

J. Randall Richards
Attorney at Law
17 South High Street, Suite 600
Columbus, Franklin County, Ohio 43215

Date: July 16, 1999

J. Randall Richards
Incorporator

**ACCEPTANCE OF APPOINTMENT**

The undersigned, J. Randall Richards, named herein as statutory agent for BP Care, Inc., hereby acknowledges and accepts the appointment of statutory agent for said corporation.

J. Randall Richards
Attorney at Law

F:\CLIENTS\KING\BP Care\BPCare.inc.doc

Case No.
C-1-01-526
HHS Ex. 2



Prescribed by **J. Kenneth Blackwell**

Please obtain the amount and mailing instructions from the Forms Inventory List (using the 3 digit form # located at the bottom of this form). To obtain the Forms Inventory List or for assistance, please call Customer Service:
Central Ohio: (614)-466-3910 Toll Free: 1-877-SOS-FILE (1-877-767-3453)

☐ **UNIFORM COMMERCIAL CODE FILINGS**

☒ **CORPORATE FILINGS**

**CORPORATIONS ONLY**
☒ EXPEDITE SERVICE

95 / 475

**CORRESPONDENCE**

PLEASE RETURN THE ATTACHED DOCUMENTS TO:

Geoffrey E. Webster
NAME OF YOUR FIRM OR COMPANY

Char
ATTN

17 S. High St.
STREET ADDRESS

Columbus | OH | 43215
CITY | STATE | ZIP

461-1156
TELEPHONE

**UCC ONLY**
☐ MAIL ☐ PICK UP
IF NOT CHECKED, IT WILL BE MAILED

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 199920100464

| | DATE | DOCUMENT NO | DESCRIPTION | | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 8/5/1999 | 199920100464 | ARF DOMESTIC ARTICLES/FOR PROFIT | | 85.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL | 85.00 | 10.00 | 0.00 | 0.00 | 0.00 |

**Return To:**
**GEOFFREY E. WEBSTER**
**ATTN CHAR**
**17 S HIGH ST**
**COLUMBUS, OH 43215-0000**

-----cut along the dotted line-----



# *The State of Ohio*
# *Certificate*

## *Secretary of State - J. Kenneth Blackwell*

## *1091061*

*It is hereby certified that the Secretary of State of Ohio has custody of the business records for BP CARE, INC. and that said business records show the filing and recording of:*

| Document(s) | Document No(s): |
|---|---|
| DOMESTIC ARTICLES/FOR PROFIT | 199920100464 |

United States of America
State of Ohio
Office of the Secretary of State




Witness my hand and the seal of the Secretary of State at Columbus, Ohio, This 16th day of July, A.D. 1999

J. Kenneth Blackwell
Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

Doc ID --> 200011500956



Prescribed by J. Kenneth Blackwell

Please obtain fee amount and mailing instructions from the Forms Inventory List (using the 3 digit form # located at the bottom of this form). To obtain the Forms Inventory List or for assistance, please call Customer Service:
Central Ohio: (614)-466-3910 Toll Free: 1-877-SOS-FILE (1-877-767-3453)

— Expedite this form —
☐ Yes

# TRADE NAME REGISTRATION

1. The exact Trade Name being registered is
The Residence at Kensington Place
(SEE INSTRUCTIONS # 1)

Please note that registration of a trade name is NOT an AUTHORIZATION from the Secretary of State's office to use the name. Registration under a particular name means that the name is available for registration pursuant to the name availability standard set forth in Ohio Revised Code Section 1329.02. Registration with the Secretary of State's office will not protect the user from any lawful claims of persons/entities having superior rights in the same or a similar name.

2. The registrant is: (check appropriate box)
- ☐ an individual ☐ General Partnership
- ☐ a Limited Partnership; Secretary of State Registration no. ______
- ☐ an Ohio Limited Liability Company, registration no. ______
- ☒ an Ohio corporation, charter no. 1091061
- ☐ a foreign corporation incorporated in the state of ______ holding Ohio license no. ______ (SEE INSTRUCTIONS # 2)
- ☐ an unincorporated association
- ☐ a foreign limited liability company organized in the state of ______ and holding Ohio registration no ______
- ☐ other ______

3. The name of the registrant designated in item 2 is:
BP CARE, INC.
**NOTE: Where the registrant is a partnership, the name of the partnership must appear on this line. If the registrant is a foreign corporation licensed in Ohio under an assumed name, both the assumed name and actual corporate title of such corporation must appear on this line.**

RECEIVED
APR 19 2000
J. KENNETH BLACKWELL
SECRETARY OF STATE

4. The business address of the registrant is:
6164 Salem Road
(street address)
Cincinnati (city, township, or village) Hamilton (county) Ohio (state) (zip code)
**NOTE: P.O. Box addresses are not acceptable.**

5. Complete only if registrant is a partnership:

| NAMES OF ALL GENERAL PARTNERS | COMPLETE RESIDENCE ADDRESS (including zip code) |
| --- | --- |
| | |
| | |
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign (out-of-state) corporation, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation licensed in Ohio under an assumed name, please note both the assumed name and actual corporate title of such general partner.



Case No.
C-1-01-526
HHS Ex. 2

J. Kenneth Blackwell
Secretary of State

The nature of business conducted by the registrant under the trade name is (please be specific):
Operation of a Nursing Home.

The registrant has been using this trade name since (SEE INSTRUCTION #) April 19, 2000 (month day year)

This document is signed by the applicant or by a member or by any by any authorized officer of the applicant.

Signed: [signature]
Name:



Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200011500956



Prescribed by **J. Kenneth Blackwell**

Please obtain fee amount and mailing instructions from the **Forms Inventory List** (using the 3 digit form # located at the bottom of this form) To obtain the **Forms Inventory List** or for assistance, please call Customer Service:
Central Ohio: (614)-466-3910 Toll Free: 1-877-SOS-FILE (1-877-767-3453)

☐ **UNIFORM COMMERCIAL CODE FILINGS**

 **CORPORATE FILINGS**

**CORPORATIONS ONLY**

☐ **EXPEDITE SERVICE**

## CORRESPONDENCE

**PLEASE RETURN THE ATTACHED DOCUMENTS TO:**

Geoffrey E. Webster
**NAME OF YOUR FIRM OR COMPANY**

CHAR
**ATTN**

17 South High Street, Suite 600
**STREET ADDRESS**

| Columbus | Ohio | 43215 |
|---|---|---|
| **CITY** | **STATE** | **ZIP** |

(614) 461-1156
**TELEPHONE**

**UCC ONLY**
☐ MAIL ☐ PICK UP
IF NOT CHECKED, IT WILL BE MAILED

183-CSP Page 1 of 1 Version: May 1, 1999

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200011500956

| | DATE | DOCUMENT NO | DESCRIPTION | | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 4/26/2000 | 200011500956 | RNO TRADE NAME/ORIGINAL FILING | | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Return To:**
**GEOFFREY E. WEBSTER**
**ATTN CHAR**
**17 S HIGH ST STE 600**
**COLUMBUS, OH 43215-0000**

-----cut along the dotted line-----



# *The State of Ohio*
## *Certificate*

### *Secretary of State - J. Kenneth Blackwell*

**1149937**

*It is hereby certified that the Secretary of State of Ohio has custody of the business records for THE RESIDENCE AT KENSINGTON PLACE and that said business records show the filing and recording of:*

*Document(s)*
*TRADE NAME/ORIGINAL FILING*

*Document No(s):*
*200011500956*

*Date of First Use: 4/19/2000*
*Expiration Date: 4/21/2005*

*Applicant:*
*BP CARE, INC.*
*6164 SALEM RD*
*CINCINNATI, OH 45230-0000*

United States of America
State of Ohio
Office of the Secretary of State




Witness my hand and the seal of the Secretary of State at Columbus, Ohio, This 21st day of April, A.D. 2000

J. Kenneth Blackwell
Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200106701552

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 03/08/2001 | 200106701552 | DOMESTIC ARTICLES/FOR PROFIT (ARF) | 85.00 | 10.00 | .00 | .00 | .00 |

**Receipt**

This is not a bill. Please do not remit payment.

GEOOFFREY WEBSTER
17 SOUTH HIGH STREET
STE 600 (CHAR)
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**1213903**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**RCR NORTH, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **DOMESTIC ARTICLES/FOR PROFIT** | **200106701552** |




United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 6th day of March, A.D. 2001.

J. Kenneth Blackwell

Ohio Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

**ARTICLES OF INCORPORATION**
**OF**
**RCR NORTH, INC.**
(Under Chapter 1701.01 et seq.)
**Profit Corporation**

The undersigned, a majority of whom are citizens of the United States, desiring to form a corporation, for profit, under Sections 1701.01, *et seq*. of the Revised Code of Ohio, do hereby certify:

2001 MAR -5 AM 9:26

**Article I**

The name of the corporation shall be RCR North, Inc.

**Article II**

The place in Ohio where its principal office is to be located is Hamilton, Butler County, Ohio.

**Article III**

The purpose for which the corporation is formed is to engage in any lawful act or activity for which corporations may be formed under Sections 1701.01 to 1701.98, inclusive of the Ohio Revised Code.

**Article IV**

The number of shares which the corporation is authorized to have outstanding is Eight Hundred Fifty (850) shares, all of which shall be common shares without par value.

**Article V**

The amount of capital with which the corporation will begin business will not be less than Five Hundred Dollars ($500.00).

IN WITNESS WHEREOF, I have hereto subscribed my name this 6th day of March, 2001.

Geoffrey E. Webster
Incorporator

Case No.
C-1-01-526
HHS Ex. 2

**ORIGINAL APPOINTMENT OF STATUTORY AGENT**

The undersigned, being at least a majority of the incorporators of RCR North, Inc., hereby appoint Geoffrey E. Webster, Attorney at Law, to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served.

The complete address of the agent is:

Geoffrey E. Webster
Attorney at Law
17 South High Street, Suite 600
Columbus, Franklin County, Ohio 43215

Date: March 6, 2001

Geoffrey E. Webster
Incorporator

**ACCEPTANCE OF APPOINTMENT**

The undersigned, Geoffrey E. Webster, named herein as statutory agent for RCR North, Inc., hereby acknowledges and accepts the appointment of statutory agent for said corporation.

Geoffrey E. Webster
Attorney at Law

Clients/carington/newcorp/rcr.north/incorp01.065

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200112000408

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 04/30/2001 | 200112000408 | MERGER/DOMESTIC (MER) | 50.00 | 10.00 | .00 | .00 | .00 |

**Receipt**

This is not a bill. Please do not remit payment.

GEOFFREY E. WEBSTER
17 S. HIGH ST.
SUITE 600
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**1213903**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**RCR NORTH, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **MERGER/DOMESTIC** | **200112000408** |




United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 1st day of May, A.D. 2001.

J. Kenneth Blackwell

Ohio Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200112000408

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 04/30/2001 | 200112000408 | MERGED OUT OF EXISTENCE (MEX) | .00 | .00 | .00 | .00 | .00 |

**Receipt**

This is not a bill. Please do not remit payment.

GEOFFREY E. WEBSTER
17 S. HIGH ST.
SUITE 600
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**1091061**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**BP CARE, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **MERGED OUT OF EXISTENCE** | **200112000408** |




United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 1st day of May, A.D. 2001.

J. Kenneth Blackwell

Ohio Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200112000408

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 04/30/2001 | 200112000408 | MERGED OUT OF EXISTENCE (MEX) | .00 | .00 | .00 | .00 | .00 |

**Receipt**

This is not a bill. Please do not remit payment.

GEOFFREY E. WEBSTER
17 S. HIGH ST.
SUITE 600
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**454914**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**HAMILTON CARE, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **MERGED OUT OF EXISTENCE** | **200112000408** |




United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 1st day of May, A.D. 2001.

J. Kenneth Blackwell

Ohio Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200112000408




Prescribed by **J. Kenneth Blackwell**

Please obtain fee amount and mailing instructions from the Forms Inventory List (using the 3 digit form # located at the bottom of this form). To obtain the Forms Inventory List or for assistance, please call Customer Service:

Central Ohio: (614)-466-3910 Toll Free: 1-877-SOS-FILE (1-877-767-3453)

Expedite this form

☒ Yes

RECEIVED SECRETARY OF STATE

2001 APR 26 PM 2:29

CLIENT SERVICE CENTER

## CERTIFICATE OF MERGER

In accordance with the requirements of Ohio law, the undersigned corporations, banks, savings banks, savings and loan, limited liability companies, limited partnerships and/or partnerships with limited liability, desiring to effect a merger, set forth the following facts:

I. **SURVIVING ENTITY**

A. The name of the entity surviving the merger is:

RCR North, Inc.

B. Name Change: As a result of this merger, the name of the surviving entity has been changed to the following:

____________________

(Complete only if name of surviving entity is changing through the merger)

C. The surviving entity is a: **(Please check the appropriate box and fill in the appropriate blanks)**

- ☒ Domestic (Ohio) for-profit corporation, charter number 1213903
- ☐ Domestic (Ohio) non-profit corporation, charter number ________
- ☐ Foreign (Non-Ohio) corporation incorporated under the laws of the state/country of ________ and licensed to transact business in the State of Ohio under license number ________
- ☐ Foreign (Non-Ohio) corporation incorporated under the laws of the state/country of ________ and **NOT** licensed to transact business in the state of Ohio,
- ☐ Domestic (Ohio) limited liability company, with registration number ________
- ☐ Foreign (Non-Ohio) limited liability company organized under the laws of the state/country of ________ and registered to do business in the State of Ohio under registration number ________
- ☐ Foreign (Non-Ohio) limited liability company organized under the laws of the state/country of ________ and **NOT** registered to do business in the State of Ohio.
- ☐ Domestic (Ohio) limited partnership, with registration number ________
- ☐ Foreign (Non-Ohio) limited partnership organized under the laws of the state/country of ________ and registered to do business in the state of Ohio under registration number ________
- ☐ Foreign (Non-Ohio) limited partnership organized under the laws of the state/country of ________ and **NOT** registered to do business in the state of Ohio.
- ☐ Domestic (Ohio) partnership having limited liability, with the registration number ________



Case No.
C-1-01-526
HHS Ex. 2

**J. Kenneth Blackwell**
**Secretary of State**

☐ Foreign (Non-Ohio) partnership having limited liability organized under the laws of the state/country of ________________ and registered to do business in the state of Ohio under registration number ________________

II. **Merging Entities**

The name, charter/license/registration number, type of entity, state/country of incorporation or organization, respectively, of which is a party to the merger are as follows: **(If this is insufficient space to reflect all merging entities, please attach a separate sheet listing the merging entities)**

| Name | State/Country of Organization | Type of Entity |
|---|---|---|
| Hamilton Care, Inc. | Ohio/USA | For Profit Corp |
| BP Care, Inc. | Ohio/USA | For Profit Corp |
| | | |
| | | |
| | | |

III. **Merger Agreement on File**

The name and mailing address of the person or entity from whom/which eligible persons may obtain a copy of the agreement of merger upon written request:

Geoffrey E Webster (name)
17 South High Street, Suite 600 (street and number)
Columbus (city, village or township) Ohio (state) 43215 (zip code)

IV. **Effective Date of Merger**

This merger is to be effective on: 05/01/01 (if a date is specified, the date must be a date on or after the date of filing; the effective date of the merger cannot be earlier than the date of filing, if no date is specified, the date of filing will be the effective date of the merger).

V. **Merger Authorized**

The laws of the state or country under which each constituent entity exists, permits this merger.

This merger was adopted, approved and authorized by each of the constituent entities in compliance with the laws of the state under which it is organized, and the persons signing this certificate on behalf of each of the constituent entities are duly authorized to do so.

VI. **Statutory Agent**

The name and address of the surviving entity's statutory agent upon whom any process, notice or demand may be served is:

Geoffrey E. Webster (name)
17 South High Street, Suite 600 (street and number)
Columbus (city, village or township), Ohio 42315 (zip code)

*(This item MUST be completed if the surviving entity is a foreign entity which is not licensed, registered or otherwise authorized to conduct business in the state of Ohio)*

**Acceptance of Agent**

The undersigned, named herein as the statutory agent for the above referenced surviving entity, hereby acknowledges and accepts the appointment of statutory agent for said entity.

[signature]
Signature of Agent

*(The acceptance of agent must be completed by domestic surviving entities if through this merger the statutory agent for the surviving entity has changed, or the named agent differs in any way from the name currently on record with the Secretary of State.*



Case No.
C-1-01-526
HHS Ex. 2

VII. **Statement of Merger**

Upon filing, or upon such later date as specified herein, the merging entity/entities listed herein shall merge into the listed surviving entity

VIII. **Amendments**

The articles of incorporation, articles of organization, certificate of limited partnership or registration of partnership having limited liability (circle appropriate term) of the surviving domestic entity have been amended. Please see attached "Exhibit A." (Please note, if there will be no change please state "no change")

IX. **Qualification or Licensure of Foreign Surviving Entity**

A. The listed surviving foreign corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability desires to transact business in Ohio as a foreign corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability, and hereby appoints the following as its statutory agent upon whom process, notice or demand against the entity may be served in the state of Ohio. The name and complete address of the statutory agent is:

______________________ ______________________
(name) (street and number)

______________________, Ohio ______________
(city, village or township) (zip code)

The subject surviving foreign corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability irrevocably consents to service of process on the statutory agent listed above as long as the authority of the agent continues, and to service of process upon the Secretary of State of Ohio if the agent cannot be found, if the corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability fails to designate another agent when required to do so, or if the foreign corporation's, bank's, savings bank's, savings and loan's, limited liability company's, limited partnership's, or partnership having limited liability's license or registration to do business in Ohio expires or is canceled.

B. The qualifying entity also states as follows: (Complete only if applicable)

1. **Foreign Notice Under Section 1703.031**

(If the qualifying entity is a foreign bank, savings bank, or savings and loan, then the following information must be completed.)

a. The name of the Foreign Nationally/Federally chartered bank, savings bank, or savings and loan association is

______________________

b. The name(s) of any Trade Name(s) under which the corporation will conduct business:

______________________
______________________
______________________

c. The location of the main office (non-Ohio) shall be:

______________________
(street address)

______________ ______________ ______________ ______________
(city, township, or village) (county) (state) (zip code)

d. The principal office location in the state of Ohio shall be:

______________________
(street address)

______________ ______________ ______________ ______________
(city, township, or village) (county) (state) (zip code)

(**Please note, if there will not be an office in the state of Ohio, please list none.**)

e. The corporation will exercise the following purpose(s) in the state of Ohio:
(Please provide a brief summary of the business to be conducted; a general clause is not sufficient)

______________________
______________________



Case No.
C-1-01-526
HHS Ex. 2

# J. Kenneth Blackwell

Secretary of State

2. **Foreign Qualifying Limited Liability Company**
(If the qualifying entity is a foreign limited liability company, the following information must be completed.)
a. The name of the limited liability company in its state of organization/registration is

b. The name under which the limited liability company desires to transact business in Ohio is

c. The limited liability company was organized or registered on ______
under the laws of the state/country of ______
d. The address to which interested persons may direct requests for copies of the articles of organization, operating agreement, bylaws, or other charter documents of the company is:

(street address)

(city, township, or village) (state) (zip code)

3. **Foreign Qualifying Limited Partnership**
(If the qualifying entity is a foreign limited partnership, the following information must be completed).
a. The name of the limited partnership is

b. The limited partnership was formed on ______

c. The address of the office of the limited partnership in its state/country of organization is:

(street address)

(city, township, or village) (county) (state) (zip code)

d. The limited partnership's principal office address is:

(street address)

(city, township, or village) (county) (state) (zip code)

e. The names and business or residence addresses of the General partners of the partnership are as follows:

Name Address

(If insufficient space to cover this item, please attach a separate sheet listing the general partners and their respective addresses)

f. The address of the office where a list of the names and business or residence addresses of the limited partners and their respective capital contributions is to be maintained is:

(street address)

(city, township, or village) (county) (state) (zip code)

The limited partnership hereby certifies that it shall maintain said records until the registration of the limited partnership in Ohio is canceled or withdrawn.

4. **Foreign Qualifying Partnership Having Limited Liability**
a. The name of the partnership shall be



Case No.
C-1-01-526
HHS Ex. 2

# J. Kenneth Blackwell
Secretary of State

b. Please complete the following appropriate section (either item b1 or b2):

1. The address of the partnership's principal office in Ohio is:

_______________________________ (street name and number)

_______________________, Ohio _____________
(city, village or township) (zip code)

*(If the partnership does not have a principal office in Ohio, then items b2 and item c must be completed)*

2. The address of the partnership's principal office (Non-Ohio):

_______________________________ (street address)

_____________________ _________ _________
(city, township, or village) (state) (zip code)

c. The name and address of a statutory agent for service of process in Ohio is as follows:

_______________________________
(name) (street and number)

_______________________, Ohio _____________
(city, village or township) (zip code)

d. Please indicate the state or jurisdiction in which the Foreign Limited Liability Partnership has been formed

_______________________

e. The business which the partnership engages in is:

_______________________________

**The undersigned constituent entities have caused this certificate of merger to be signed by its duly authorized officers, partners and representatives on the date(s) stated below.**

Hamilton Care, Inc.
Exact name of entity

**By:** ______________
**Its:** ______________
**Date:** ______________

BP Care, Inc.
Exact name of entity

**By:** ______________
**Its:** ______________
**Date:** ______________

RCR North, Inc.
Exact name of entity

**By:** ______________
**Its:** ______________
**Date:** ______________

______________
Exact name of entity

**By:** ______________
**Its:** ______________
**Date:** ______________

______________
Exact name of entity

**By:** ______________
**Its:** ______________
**Date:** ______________

______________
Exact name of entity

**By:** ______________
**Its:** ______________
**Date:** ______________



Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200221103764



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 07/31/2002 | 200221103764 | DOMESTIC ARTICLES/FOR PROFIT (ARF) | 125.00 | .00 | .00 | .00 | .00 |

**Receipt**
**This is not a bill. Please do not remit payment.**

WEBSTER & ASSOCIATES
ATTN: J. RANDALL RICHARDS
TWO MIRANOVA PL - 310
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**1332025**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**REGAL CARE RESIDENCES, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **DOMESTIC ARTICLES/FOR PROFIT** | **200221103764** |




United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 29th day of July, A.D. 2002.

J. Kenneth Blackwell

Ohio Secretary of State

**Case No.**
**C-1-01-526**
**HHS Ex. 2**

**ARTICLES OF INCORPORATION**
**OF**
**REGAL CARE RESIDENCES, INC.**
(Under Chapter 1701.01 et seq.)
**Profit Corporation**

CLIENT SERVICE CENTER
2002 JUL 29 AM 9:59
RECEIVED
SECRETARY OF STATE

The undersigned, a majority of whom are citizens of the United States, desiring to form a corporation, for profit, under Sections 1701.01, *et seq.* of the Revised Code of Ohio, do hereby certify:

FIRST: The name of the corporation shall be Regal Care Residences, Inc.

SECOND: The place in Ohio where its principal office is to be located is Hamilton, Butler County, Ohio.

THIRD: The purpose for which the corporation is formed is to engage in any lawful act or activity for which corporations may be formed under Sections 1701.01 to 1701.98, inclusive of the Ohio Revised Code.

FOURTH: The number of shares which the corporation is authorized to have outstanding is Eight Hundred Fifty (850) shares, all of which shall be common shares without par value.

FIFTH: The amount of capital with which the corporation will begin business will not be less than Five Hundred Dollars ($500.00).

IN WITNESS WHEREOF, I have hereto subscribed my name this 29th day of July, 2002.

J. Randall Richards
J. Randall Richards
Incorporator

Case No.
C-1-01-526
HHS Ex. 2

## ORIGINAL APPOINTMENT OF STATUTORY AGENT

The undersigned, being at least a majority of the incorporators of Regal Care Residences, Inc., hereby appoint J. Randall Richards, Attorney at Law, to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served.

The complete address of the agent is:

J. Randall Richards
Attorney at Law
Two Miranova Place, Suite 310
Columbus, Franklin County, Ohio 43215

Date: July 29, 2002

J. Randall Richards
Incorporator

## ACCEPTANCE OF APPOINTMENT

The undersigned, J. Randall Richards, named herein as statutory agent for Regal Care Residences, Inc., hereby acknowledges and accepts the appointment of statutory agent for said corporation.

J. Randall Richards

G:\CLIENTS\REGAL\Mergers2002\MinuteBooks\ARTICLES OF INCORPORATION.doc

Doc ID --> 200225501224



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/12/2002 | 200225501224 | MERGER/DOMESTIC (MER) | 125.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

GEOFFREY E. WEBSTER, ATTORNEY
TWO MIRANOVA PLACE
SUITE 310
COLUMBUS, OH 43215

# STATE OF OHIO

**Ohio Secretary of State, J. Kenneth Blackwell**

**1332025**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**REGAL CARE RESIDENCES, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **MERGER/DOMESTIC** | **200225501224** |




United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 12th day of September, A.D. 2002.

J. Kenneth Blackwell

Ohio Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200225501224

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/12/2002 | 200225501224 | MERGED OUT OF EXISTENCE (MEX) | .00 | .00 | .00 | .00 | .00 |

**Receipt**

This is not a bill. Please do not remit payment.

GEOFFREY E. WEBSTER, ATTORNEY
TWO MIRANOVA PLACE
SUITE 310
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**1213902**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**RCR CENTRAL, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **MERGED OUT OF EXISTENCE** | **200225501224** |




United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 12th day of September, A.D. 2002.

J. Kenneth Blackwell

Ohio Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

**Doc ID -->** 200225501224

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/12/2002 | 200225501224 | MERGED OUT OF EXISTENCE (MEX) | .00 | .00 | .00 | .00 | .00 |

**Receipt**

**This is not a bill. Please do not remit payment.**

GEOFFREY E. WEBSTER, ATTORNEY
TWO MIRANOVA PLACE
SUITE 310
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**1213904**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**RCR EAST, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **MERGED OUT OF EXISTENCE** | **200225501224** |

THE SEAL OF THE SECRETARY OF STATE OF OHIO

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 12th day of September, A.D. 2002.

[signature]

Ohio Secretary of State

**Case No. C-1-01-526 HHS Ex. 2**

Doc ID --> 200225501224

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/12/2002 | 200225501224 | MERGED OUT OF EXISTENCE (MEX) | .00 | .00 | .00 | .00 | .00 |

**Receipt**

**This is not a bill. Please do not remit payment.**

GEOFFREY E. WEBSTER, ATTORNEY
TWO MIRANOVA PLACE
SUITE 310
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

**1213903**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**RCR NORTH, INC.**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **MERGED OUT OF EXISTENCE** | **200225501224** |

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 12th day of September, A.D. 2002.

J. Kenneth Blackwell

Ohio Secretary of State

Case No.
C-1-01-526
HHS Ex. 2

Doc ID --> 200225501224



Prescribed by J. Kenneth Blackwell
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

| Expedite this Form: (Select One) | |
|---|---|
| Mail Form to one of the Following: | |
| O Yes | PO Box 1390 Columbus, OH 43216 *** Requires an additional fee of $100 *** |
| O No | PO Box 1329 Columbus, OH 43216 |

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

# CERTIFICATE OF MERGER

(For Domestic or Foreign, Profit or Non-Profit)
Filing Fee $125.00
(154-MER)

In accordance with the requirements of Ohio law, the undersigned corporations, banks, savings banks, savings and loan, limited liability companies, limited partnerships and/or partnerships with limited liability, desiring to effect a merger, set forth the following facts:

I. SURVIVING ENTITY

A. The name of the entity surviving the merger is:

Regal Care Residences, Inc.

B. Name Change: As a result of this merger, the name of the surviving entity has been changed to the following:

(Complete only if name of surviving entity is changing through the merger)

C. The surviving entity is a: **(Please check the appropriate box and fill in the appropriate blanks)**

☒ Domestic (Ohio) For-Profit Corporation, charter number 1332025

☐ Domestic (Ohio) Non-Profit Corporation, charter number ______

☐ Foreign (Non-Ohio) Corporation incorporated under the laws of the state/country of ______ and licensed to transact business in the State of Ohio under license number ______

☐ Foreign (Non-Ohio) Corporation incorporated under the laws of the state/country of ______ and NOT licensed to transact business in the state of Ohio,

☐ Domestic (Ohio) Limited Liability Company, with registration number ______

☐ Foreign (Non-Ohio) Limited Liability Company organized under the laws of the state/country of ______ and registered to do business in the State of Ohio under registration number ______

☐ Foreign (Non-Ohio) Limited Liability Company organized under the laws of the state/country of ______ and NOT registered to do business in the State of Ohio.

☐ Domestic (Ohio) Limited Partnership, with registration number ______

☐ Foreign (Non-Ohio) Limited Partnership organized under the laws of the state/country of ______ and registered to do business in the state of Ohio under registration number ______

RECEIVED SECRETARY OF STATE
2002 SEP 12 PM 2:12
CLIENT SERVICE CENTER



Case No.
C-1-01-526
HHS Ex. 2

☐ Foreign (Non-Ohio) Limited Partnership organized under the laws of the state/country of ______________ and NOT registered to do business in the state of Ohio.

☐ Domestic (Ohio) Partnership having limited liability, with the registration number ______________

☐ Foreign (Non-Ohio) Partnership having limited liability organized under the laws of the state/country of ______________ and registered to do business in the state of Ohio under registration number ______________

☐ Foreign (Non-Ohio) Non-Profit incorporation under the laws of the state/county of ______________ and licensed to transact business in the state of Ohio under license number ______________

☐ Foreign (Non-Ohio) Non-Profit incorporation under the laws of the state/county of ______________ and not licensed to transact business in the state of Ohio.

☐ General partnership not registered with the state of Ohio

II. **MERGING ENTITY**

The name, charter/license/registration number, type of entity, state/country of incorporation or organization, respectively, of which is the entities merging out of existence are as follows: **(If this is insufficient space to reflect all merging entities, please attach a separate sheet listing the merging entities)**

***(Please list the Ohio charter, license/registration no. below)***

| Name / charter, license or registration number | State/Country of Organization | Type of Entity |
|---|---|---|
| RCR North, Inc./1213903 | Butler, Ohio, USA | For profit |
| RCR East, Inc./1213904 | Butler, Ohio, USA | For profit |
| RCR Central, Inc./1213902 | Butler, Ohio, USA | For profit |
| | | |

III. **MERGER AGREEMENT ON FILE**

The name and mailing address of the person or entity from whom/which eligible persons may obtain a copy of the agreement of merger upon written request:

Geoffrey E. Webster (name)
Two Miranova Place, Suite 310 (street) ***NOTE: P.O. Box Addresses are NOT acceptable.***
Columbus (city, village or township) Ohio (state) 43215 (zip code)

IV. **EFFECTIVE DATE OF MERGER**

This merger is to be effective on: October 1, 2002 (if a date is specified, the date must be a date on or after the date of filing; the effective date of the merger cannot be earlier than the date of filing, if no date is specified, the date of filing will be the effective date of the merger).

V. **MERGER AUTHORIZED**

The laws of the state or country under which each constituent entity exists, permits this merger.
This merger was adopted, approved and authorized by each of the constituent entities in compliance with the laws of the state under which it is organized, and the persons signing this certificate on behalf of each of the constituent entities are duly authorized to do so.



Case No.
C-1-01-526
HHS Ex. 2

VI. STATUTORY AGENT

The name and address of the surviving entity's statutory agent upon whom any process, notice or demand may be served is:

J. Randall Richards (name)

Two Miranova Place, Suite 310 (street) *NOTE: P.O. Box Addresses are NOT acceptable.*

Columbus (city, village or township), Ohio 43215 (zip code)

*(This item MUST be completed if the surviving entity is a foreign entity which is not licensed, registered or otherwise authorized to conduct business in the state of Ohio)*

VII. ACCEPTANCE OF AGENT

The undersigned, named herein as the statutory agent for the above referenced surviving entity, hereby acknowledges and accepts the appointment of statutory agent for said entity.

**Signature of Agent** ______________________________

*(The acceptance of agent must be completed by the surviving entities if through this merger the statutory agent has changed, or the named agent differs in any way from the name currently on record with the Secretary of State.)*

VIII. STATEMENT OF MERGER

Upon filing, or upon such later date as specified herein, the merging entity/entities listed herein shall merge into the listed surviving entity

IX. AMENDMENTS

The articles of incorporation, articles of organization, certificate of limited partnership or registration of partnership having limited liability (circle appropriate term) of the surviving domestic entity have been amended.

☐ Attachments are provided ☒ No Changes

X. QUALIFICATION OR LICENSURE OF FOREIGN SURVIVING ENTITY

A. The listed surviving foreign corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability desires to transact business in Ohio as a foreign corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability, and hereby appoints the following as its statutory agent upon whom process, notice or demand against the entity may be served in the state of Ohio. The name and complete address of the statutory agent is:

______________________ (name)

______________________ (street) *NOTE: P.O. Box Addresses are NOT acceptable.*

______________________ (city, village or township), Ohio __________ (zip code)

The subject surviving foreign corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability irrevocably consents to service of process on the statutory agent listed above as long as the authority of the agent continues, and to service of process upon the Secretary of State of Ohio if the agent cannot be found, if the corporation, bank, savings bank, savings and loan, limited liability company, limited partnership, or partnership having limited liability fails to designate another agent when required to do so, or if the foreign corporation's, bank's, savings bank's, savings and loan's, limited liability company's, limited partnership's or partnership having limited liability's license or registration to do business on Ohio expires or is canceled.



Case No.
C-1-01-526
HHS Ex. 2

B. The qualifying entity also states as follows: (Complete only if applicable)

1. **Foreign Notice Under Section 1703.031**
   (If the qualifying entity is a foreign bank, savings bank, or savings and loan, then the following information must be completed.)

   (a.) The name of the Foreign Nationalty/Federally chartered bank, savings bank, or savings and loan association is

   ______________________________

   (b.) The name(s) of any Trade Name(s) under which the corporation will conduct business:

   ______________________________

   ______________________________

   ______________________________

   (c.) The location of the main office (non-Ohio) shall be:

   ______________________________
   (street address) ***NOTE: P.O. Box Addresses are NOT acceptable.***

   ________ ________ ________ ________
   (city, township, or village) (county) (state) (zip code)

   (d.) The principal office location in the state of Ohio shall be:

   ______________________________
   (street address) ***NOTE: P.O. Box Addresses are NOT acceptable.***

   ________ ________ **Ohio** ________
   (city, township, or village) (county) (state) (zip code)

   **(Please note, if there will not be an office in the state of Ohio, please list none.)**

   (e.) The corporation will exercise the following purpose(s) in the state of Ohio:
   (Please provide a brief summary of the business to be conducted; a general clause is not sufficient)

   ______________________________

   ______________________________

2. **Foreign Qualifying Limited Liability Company**
   (If the qualifying entity is a foreign limited liability company, the following information must be completed.)

   (a.) The name of the limited liability company in its state of organization/registration is

   ______________________________

   (b.) The name under which the limited liability company desires to transact business in Ohio is

   ______________________________

   (c.) The limited liability company was organized or registered on ________
   under the laws of the state/country of ________



Case No.
C-1-01-526
HHS Ex. 2

(d.) The address to which interested persons may direct requests for copies of the articles of organization, operating agreement, bylaws, or other charter documents of the company is:

(street address) *NOTE: P.O. Box Addresses are NOT acceptable.*

(city, township, or village) (state) (zip code)

3. **Foreign Qualifying Limited Partnership**
(If the qualifying entity is a foreign limited partnership, the following information must be completed).

(a.) The name of the limited partnership is

(b.) The limited partnership was formed on

(c.) The address of the office of the limited partnership in its state/country of organization is:

(street address) *NOTE: P.O. Box Addresses are NOT acceptable.*

(city, township, or village) (county) (state) (zip code)

(d.) The limited partnership's principal office address is:

(street address) *NOTE: P.O. Box Addresses are NOT acceptable.*

(city, township, or village) (county) (state) (zip code)

(e.) The names and business or residence addresses of the General partners of the partnership are as follows:

| Name | Address |
| --- | --- |
| | |
| | |
| | |

(If insufficient space to cover this item, please attach a separate sheet listing the general partners and their respective addresses)

(f.) The address of the office where a list of the names and business or residence addresses of the limited partners and their respective capital contributions is to be maintained is:

(street address) *NOTE: P.O. Box Addresses are NOT acceptable.*

(city, township, or village) (county) (state) (zip code)



Case No.
C-1-01-526
HHS Ex. 2

The limited partnership hereby certifies that it shall maintain said records until the registration of the limited partnership in Ohio is canceled or withdrawn.

4. **Foreign Qualifying Partnership Having Limited Liability**

(a.) The name of the partnership shall be

______________________________

(b.) Please complete the following appropriate section (either item b(l) or b(2)):

(1.) The address of the partnership's principal office in Ohio is:

______________________________
(street address) ***NOTE: P.O. Box Addresses are NOT acceptable.***

______________________________, Ohio ______________
(city, village or township) (zip code)

***(If the partnership does not have a principal office in Ohio, then items b2 must be completed)***

(2.) The address of the partnership's principal office (Non-Ohio):

______________________________
(street address) ***NOTE: P.O. Box Addresses are NOT acceptable.***

______________________________ ______________ ______________
(city, township, or village) (state) (zip code)

(c.) The name and address of a statutory agent for service of process in Ohio is as follows:

______________________________
(name)

______________________________
(street address) ***NOTE: P.O. Box Addresses are NOT acceptable.***

______________________________, Ohio ______________
(city, village or township) (zip code)

(d.) Please indicate the state or jurisdiction in which the Foreign Limited Liability Partnership has been formed

______________________________

(e.) The business which the partnership engages in is:

______________________________

______________________________



Case No.
C-1-01-526
HHS Ex. 2

**The undersigned constituent entities have caused this certificate of merger to be signed by its duly authorized officers, partners and representatives on the date(s) stated below.**

| | |
|---|---|
| RCR North, Inc. | RCR East, Inc. |
| (Exact name of entity) | (Exact name of entity) |
| **By:** | **By:** |
| **Its:** President | **Its:** President |
| **Date:** | **Date:** |
| RCR Central, Inc. | Regal Care Residences, Inc. |
| (Exact name of entity) | (Exact name of entity) |
| **By:** | **By:** |
| **Its:** President | **Its:** President |
| **Date:** | **Date:** |
| (Exact name of entity) | (Exact name of entity) |
| **By:** | **By:** |
| **Its:** | **Its:** |
| **Date:** | **Date:** |
| (Exact name of entity) | (Exact name of entity) |
| **By:** | **By:** |
| **Its:** | **Its:** |
| **Date:** | **Date:** |
| (Exact name of entity) | (Exact name of entity) |
| **By:** | **By:** |
| **Its:** | **Its:** |
| **Date:** | **Date:** |



Case No.
C-1-01-526
HHS Ex. 2