UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4365

FILED
JAMES BONINI
CLERK

05 MAY 12 PM 12:23

SOU... ...DIST OHIO
WEST DIV CINCINNATI

Filed: May 11, 2005

BP CARE, INC.

    Plaintiff - Appellant

1:01 cv 526

v.

TOMMY THOMPSON, Secretary, United States Department of
Health and Human Services; DEPARTMENT OF HEALTH AND HUMAN
SERVICES

    Defendants - Appellees

### MANDATE

Pursuant to the court's disposition that was filed 2/15/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk