# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 7, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: BP Care, Inc.
v. Michael O. Leavitt, Secretary of Health and Human Services, et al.
No. 05-167
(Your No. 03-4365)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk